**Dennis RIORDAN, Plaintiff–Appellant,**

v.

**H.J. HEINZ COMPANY,
Defendant–Appellee.**

No. 2010–1167.

United States Court of Appeals,
Federal Circuit.

July 8, 2010.

Dennis Riordan, New City, NY, pro se.

Robert L. Byer, Duane Morris LLP, Pittsburgh, PA, for Defendant–Appellee.

## ORDER

Pursuant to this court's order filed June 17, 2010,

IT IS ORDERED THAT:

The appeal is hereby transferred to the United States Court of Appeals for the Third Circuit.